IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH H. SCATES, JR.
Plaintiff,

v.                                                                                  No. CV 11-0589 CG

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

## ORDER TO SUPPLEMENT AFFIDAVIT FOR MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** is before the Court on Plaintiff's *Motion to Proceed in Forma Pauperis Pursuant to 28 U.S.C. § 1915* (*Doc. 2*), filed on July 5, 2011. In his motion, Plaintiff states that he has funds in the bank, but does not state the amount. *Id.* at 3. In order to determine Plaintiff's financial status so that it can rule on this motion, the Court needs to know the current value of Plaintiff's bank account.

**IT IS THEREFORE ORDERED** that Plaintiff supplement his *Motion to Proceed in Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915* (*Doc. 2*) by filing an affidavit stating the current value of his bank account, by July 13, 2011.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE