IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH H. SCATES, JR.
Plaintiff,

v.  No. CV 11-0589 CG

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court on Plaintiff Kenneth H. Scates, Jr.'s *Motion to Process In Forma Pauperis with Financial Affidavit Pursuant to 28 U.S.C. § 1915*, (Doc. 4) and Plaintiff's *Supplemental Affidavit to Motion to Proceed In Forma Pauperis Pursuant to 28 U.S.C. § 1915*, (Doc. 6). The Court has reviewed Plaintiff's motion and supplemental affidavit and finds the motion to be well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE