IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH H. SCATES, JR.
Plaintiff,

v.                                                                                    No. CV 11-0589 CG

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

### ORDER TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** comes before the Court upon Defendant's *Motion to Seal Administrative Record*. (Doc. 13). Plaintiff concurs in the granting of the motion. (*Id*. at 1). The Court, having considered the motion and being fully advised in the premises, finds the motion to be well-taken.

**IT IS HEREBY ORDERED** that Defendant's *Motion to Seal Administrative Record*. (Doc. 13), be **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE