IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH H. SCATES, JR.
Plaintiff,

v.                                                                                         No. CV 11-0589 CG

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

### ORDER TO EXTEND BRIEFING SCHEDULE

This Matter is before the Court on Plaintiff's Unopposed Motion to Extend Briefing Schedule, and IT IS HEREBY ORDERED that the Order Setting Briefing Schedule is amended as follows:

1. Plaintiff will file a Motion to Reverse or Remand to Administrative Agency with Supporting Memorandum on or before January 30, 2012;

2. Defendant will file a Response on or before March 28, 2012;

3. Plaintiff may file a Reply on or before April 16, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE