IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH H. SCATES, JR.
Plaintiff,

v.                                                              No. CV 11-0589 CG

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

## JUDGMENT

Pursuant to the *Memorandum Opinion and Order*, (Doc. 29), entered concurrently herewith, the Court enters Judgment pursuant to Fed. R. Civ. P. 58, **GRANTING** Plaintiff's *First Motion to Remand or Reverse Administrative Agency Decision*, (Doc. 25), and **REMANDING** this case to the Commissioner for Social Security for further proceedings consistent with the *Memorandum Opinion and Order*.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE